UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-06723-JHN -OPx | Date | February 15, 2011 |
|---|---|---|---|
| Title | Chris Kohler v. Moreno Valley Plaza, Ltd., LP et al | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|

| Alicia Mamer | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**    ORDER TO SHOW CAUSE RE SANCTIONS (In Chambers)

On January 7, 2011, the Court issued an order resetting the hearing for the Motion to Dismiss filed on October 28, 2010, by Defendant Big 5 Corporation ("Big 5"). (Docket no. 35.) The Court ordered Big 5 to file a notice by February 14, 2011, identifying whether it has reached a settlement agreement mooting its Motion. However, Big 5 did not comply with the Court's order, and to date has not filed the required notice.

**Accordingly, Big 5 is ORDERED TO SHOW CAUSE, in writing, by no later than <u>February 22, 2011</u>, <u>at</u> <u>noon</u> as to why the Court should not impose sanctions for failure to comply with the Court's prior order.**

IT IS SO ORDERED.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |